JOHN J. YAP
X6774
5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 0 3 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1326 Deported Alien Found In The United States |
| Armando MARTINEZ-Cedillo, | |
| | '17MJ1308 |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about May 2, 2017, within the Southern District of California, defendant, Armando MARTINEZ-Cedillo, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James L. Trombley
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 3rd DAY OF May, 2017.

KAREN S. CRAWFORD
United States Magistrate Judge



**CONTINUATION OF COMPLAINT:**
Armando MARTINEZ-Cedillo

## PROBABLE CAUSE STATEMENT

In April 2017, San Diego Sector Joint Targeting Team (JTT) agents conducted surveillance at 1300 block of Robley Ranch Road, located in Poway, California, an address that was believed to belong to defendant Armando MARTINEZ-Cedilllo. During surveillance agents observed a white Toyota Tacoma truck bearing California license plates, exit the garage of this residence. JTT agents followed the vehicle and observed a male individual driving who was a physical match and appeared to be the defendant Armando MARTINEZ-Cedilllo.

On May 2, 2017, JTT agents and Border Patrol Agent C. Ambrose, were conducting operations in the Brown Field Border Patrol Station's area of operation, along with other JTT agents. Agent Ambrose was working in plain clothes with his Border Patrol badge displayed and operating a Department of Homeland Security unmarked vehicle equipped with emergency lights and sirens. Agent C. Ambrose, along with other JTT agents were focusing on defendant Armando MARTINEZ-Cedillo. MARTINEZ has been previously convicted for 8 USC 1326, re-entry after deportation.

At approximately 6:45 AM, JTT agents set up surveillance near the residence of MARTINEZ on Robley Ranch Road. Within minutes a white Toyota Tacoma exited the residence on Robley Ranch Road and then drove eastbound on Poway Road driving by Agent Ambrose's location. Agent Ambrose observed that the driver of the Toyota Tacoma appeared to be Armando MARTINEZ-Cedillo. Agent Ambrose continued surveillance of the Toyota Tacoma, when it drove past Agent Ambrose, he notice a second occupant. Agent Ambrose followed the Toyota Tacoma to the Circle K on Pomerado Road and Twin Peaks Road. Both occupants of the Toyota Tacoma including MARTINEZ exited the Toyota Tacoma. This area is approximately thirty miles north of the United States/ Mexico Boundary and five miles west of the Otay Mesa Port of Entry.

Agent Ambrose exited his vehicle and approached the driver, defendant Armando MARTINEZ-Cedillo, and identified himself as a Border Patrol Agent. Agent Ambrose then conducted an immigration inspection. MARTINEZ admitted to being a citizen of Mexico without any immigration documents which would allow him to enter or remain in the United States legally. At approximately 7:10 AM, Agent Ambrose placed MARTINEZ under arrest. During administrative processing MARTINEZ stated he illegally entered the United States on November 1, 2016

**CONTINUATION OF COMPLAINT:**
Armando MARTINEZ-Cedillo

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 16, 2013 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.